UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MAREITTIA WILLIAMS,**

**Plaintiff,**

**v.**                                                    **Case No:  6:18-cv-1810-Orl-41JBT**

**COMMISSIONER OF SOCIAL
SECURITY,**

**Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1), which seeks judicial

review of the Commissioner of the Social Security Administration's ("Commissioner") decision

denying social security disability and supplemental security income disability benefits to Plaintiff.

United States Magistrate Judge Joel B. Toomey issued a Report and Recommendation (Doc. 20),

recommending that the decision of the Commissioner be affirmed. No objections have been filed,

and the time to do so has passed.

After a *de novo* review of the record in this matter, the Court agrees with the analysis in

the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 20) is **ADOPTED** and **CONFIRMED** and

    made a part of this Order.

2. The Commissioner's decision in this case is **AFFIRMED**.

3. The Clerk is directed to enter judgment in favor of the Commissioner and against

    Plaintiff and close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 7, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record